UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
METROPOLITAN STEEL INDUSTRIES, INC.,

                        Plaintiff,                **ORDER**
                                                                   CV 09-2291(SJF)(ARL)

      -against-

GRAPHICS FOR STEEL STRUCTURES, INC.,

                        Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's motion dated November 5, 2010, seeking to compel the attendance of defendant's fact and expert witnesses at depositions. In response, by letter dated November 8, 2010, defendant states that the parties have largely resolved the discovery issues, but requests the court's guidance concerning the continued deposition of James McGuire's deposition and the scheduling of Richard Alonso. The court directs that those depositions be conducted on Monday, November 15, 2010 as the date discussed by counsel. In addition, defendant's request for an extension of the discovery deadline solely to conduct the depositions of the two expert witnesses on or before December 10, 2010 is granted. The balance of the scheduling order remains unchanged.

      Also before the court is defendant's application dated November 8, 2010, for a settlement conference. Defendant's motion is denied without prejudice to a renewal thereof upon a representation that both parties seek a settlement conference.


Dated: Central Islip, New York          **SO ORDERED:**
       November 10, 2010

                                                  _____/s_____
                                                  ARLENE ROSARIO LINDSAY
                                                  United States Magistrate Judge