UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
METROPOLITAN STEEL INDUSTRIES, INC.,

                      Plaintiff,              **ORDER**
                                                                   CV 09-2291(SJF)(ARL)

    -against-

GRAPHICS FOR STEEL STRUCTURES, INC.,

                      Defendant.
---------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. The proposed order is rejected because it does not comply with District Judge Feuerstein's requirements.

      Accordingly, the parties are directed to electronically file a revised Joint Pretrial Order on or before the final conference scheduled for December 14, 2010. The parties are urged to review Judge Feuerstein's individual rules prior to submitting the proposed Joint Pretrial Order.


Dated: Central Islip, New York                SO ORDERED:
       December 8, 2010

                                                             _____/s_____
                                                              ARLENE ROSARIO LINDSAY
                                                             United States Magistrate Judge