UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
METROPOLITAN STEEL INDUSTRIES, INC.,

                       Plaintiff,                **ORDER**
                                                       CV 09-2291(SJF)(ARL)
      -against-

GRAPHICS FOR STEEL STRUCTURES, INC.,

                       Defendant.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

     The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Feuerstein's requirements.

     Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Feuerstein.


Dated:  Central Islip, New York                SO ORDERED:
          January 25, 2011

                                                  _____/s_____
                                                  ARLENE ROSARIO LINDSAY
                                                  United States Magistrate Judge